1  KHUSHPREET R. MEHTON SBN 276827
   **ACCESSIBLE CALIFORNIA, APC**
2  2880 Zanker Rd., Ste. 203
   San Jose, CA 95134
3  Telephone:   (408) 449-4505
   Facsimile:    (408) 432-7235
4  kmehton@accessiblecalifornia.com

5  Attorney for Plaintiff Richard Johnson

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOHNSON, | Case No.: 5:21-cv-01428-NC |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii)** |
| DAN CARLINO HOLDINGS, LLC, et al., | |
| Defendants. | |

Plaintiff, Richard Johnson ("Plaintiff"), and Defendant Dan Carlino Holdings, LLC ("Defendant") (Plaintiff and Defendant collectively hereinafter "the Parties") have reached a global settlement of this matter, IT IS HEREBY STIPULATED by and between the Parties to this action through their counsel that this action may be dismissed in its entirety with prejudice as to all named Defendants pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

*Johnson v. Dan Carlino Holdings. LLC, et al.*   Stipulation for Dismissal   No. 5:21-cv-01428-NC

The Parties agree that they shall each bear their own attorney's fees and costs.

Dated: November 8, 2021          ACCESSIBLE CALIFORNIA, APC

                                 By: */s/ Khushpreet R. Mehton*
                                 Khushpreet R. Mehton, Esq.
                                 Attorney for Plaintiff Richard Johnson

Dated: November 8, 2021          LOREN B. VACCAREZZA, ESQ.

                                 */s/ Loren B. Vaccarezza*
                                 Loren B. Vaccarezza, Esq.
                                 Attorney for Defendant Dan Carlino
                                 Holdings, LLC


SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Loren B. Vaccarezza and that I have obtained his authorization to affix his electronic signature to this document.

Dated:  November 8, 2021         ACCESSIBLE CALIFORNIA, APC

                                 By: */s/ Khushpreet R. Mehton*
                                 Khushpreet R. Mehton, Esq.
                                 Attorney for Plaintiff Richard Johnson

*Johnson v. Dan Carlino Holdings. LLC, et al.*   Stipulation for Dismissal     No. 5:21-cv-01428-NC