# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOHNSON,<br><br>  Plaintiff,<br><br>v.<br><br>DAN CARLINO HOLDINGS, LLC, et al.,<br><br>  Defendants. | Case No. 5:21-cv-01428-NC<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL** |

The Court hereby vacates all currently set dates and dismisses this matter with prejudice, in its entirety.

**IT IS SO ORDERED.**

Dated: November 8, 2021

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

*GRANTED — Judge Nathanael M. Cousins*